**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| SHERRY ROBINSON | PLAINTIFF |
| VS. | CIVIL ACTION NO.: 3:23-cv-139-KHJ-MTP |
| PERFORMANCE POWERSPORTS GROUP, INC. d/b/a COLEMAN POWER SPORTS; CAMPING WORLD RV SALES, LLC; NEWELL BRANDS, INC. and JOHN DOES 1-5 | DEFENDANTS |

**NOTICE OF REMOVAL**

Under 28 U.S.C. §§ 1332, 1441, and 1446(b) Defendant Camping World RV Sales, LLC ("Camping World") gives notice of removal of this civil action to the United States District Court for the Southern District of Mississippi, Northern Division. This action was originally filed by Plaintiff Sherry Robinson in the Circuit Court of Hinds County.

1. On January 17, 2023, Plaintiff filed her Complaint, styled as *Sherry Robinson v. Camping World RV Sales, LLC; Newell Brands, Inc. and John Does 1-5*, in the Circuit Court of Hinds County, Mississippi, First Judicial District, Civil Action No. 23-37. The First Judicial District of the Circuit Court of Hinds County, Mississippi, is within the Southern District of Mississippi, Northern Division.

2. On January 31, 2023, Plaintiff filed her amended complaint, styled as *Sherry Robinson v. Performance Powersports Group, Inc. d/b/a Coleman Power Sports; Camping World RV Sales, LLC; Newell Brands, Inc. and John Does 1-5*, in the Circuit Court of Hinds County, Mississippi, First Judicial District, Civil Action No. 23-37.

3. Service of process was made upon Camping World by service of process on its Registered Agent, CT Corporation, on January 25, 2023. Thirty (30) days have not expired since service of process was made on Camping World; therefore, this Notice of Removal is timely.

## BASIS FOR REMOVAL

4. Removal is proper because complete diversity of citizenship exists, as Plaintiff and Defendants are citizens of different states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Plaintiff Sherry Robinson is an adult resident citizen of Hinds County, Mississippi (Plaintiff's Amended Complaint, ¶ 1).

6. Defendant Performance Powersports Group, Inc. d/b/a Coleman Power Sports ("Coleman Power Sports") is an Arizona corporation with its principal place of business in Tempe, Arizona. Defendant Coleman Power Sports will be separately filing a consent and joinder to this removal.

7. Camping World is a Minnesota limited liability company who does not have any members that are residents of the State of Mississippi. (*See* Exh. 1, Declaration of Lindsey Christen).

8. Defendant Newell Brands, Inc. is a Delaware corporation with its principal place of business in Atlanta, Georgia. Plaintiff filed a voluntary dismissal as to Defendant Newell Brands, Inc. on February 23, 2023 in the state court action. Therefore, this Defendant does not need to consent to or join in this removal.

9. Plaintiff seeks compensatory and punitive damages in her Complaint but does not state the sum she is seeking. However, Plaintiff has made settlement demands in excess of $75,000.

10. Accordingly, Camping World hereby removes this action from the Circuit Court of Hinds County, Mississippi, First Judicial District, Civil Action No. 23-37, to the United States

District Court for the Southern District of Mississippi, Northern Division, under 28 U.S.C. §§ 1332, 1441, and 1446(b).

11. In sum, this Court has original subject matter jurisdiction over this action based on § 1332(a)(1) because there is complete diversity of citizenship between Plaintiff and Defendants,[1] and the amount in controversy exceeds $75,000, exclusive of costs and interest.

12. A copy of all process and pleadings served upon Camping World is attached as Exhibit 2. A copy of the Hinds County Circuit Court record for Civil Action No. 23-37 is attached hereto as Exhibit 3.

13. Promptly after filing this Notice of Removal, written notice thereof will be given to all adverse parties, and a copy of the Notice of Filing Notice of Removal attached as Exhibit 4 will be filed with the Clerk of the Circuit Court of Hinds County, Mississippi.

14. Camping World respectfully requests that this Court assume full jurisdiction of the action as provided by law.

15. Further proceedings in this action in the Circuit Court of Hinds County, Mississippi, are hereby stayed.

Dated: February 24, 2023.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY:  /s/ *James W. Shelson*
James W. Shelson, MB 9693
Nash E. Gilmore, MB 105554
4270 I-55 North
Jackson, Mississippi 39211-6391
Post Office Box 16114

---

[1] Under 28 U.S.C. § 1441(b), in determining whether a civil action is removable under § 1332, "the citizenship of defendants sued under fictitious names shall be disregarded."

PD.41276803.1

Jackson, Mississippi  39236-6114  
Telephone: 601-352-2300  
Telecopier: 601-360-9777  
Email: jim.shelson@phelps.com  
nash.gilmore@phelps.com

ATTORNEYS FOR DEFENDANT, CAMPING WORLD RV SALES, LLC

## CERTIFICATE OF SERVICE

I certify that on February 24, 2023, I served a true and correct copy of this document via email on the following individuals:

TreMarcus Rosemon  
The Rosemon Law Firm, PLLC  
1880 Lakeland Drive, Suite F  
Jackson, MS  39216  
trosemon@rosemonlaw.com  
*Attorney For Plaintiff*

Mildred M. Morris  
Corey D. Hinshaw  
Watkins & Eager PLLC  
400 East Capitol Street  
Jackson, MS 39201  
mmorris@watkinseager.com  
chinshaw@watkinseager.com  
*Attorneys for Performance Powersports Group, Inc.*  
*d/b/a Coleman Power Sports*

                                                        */s/ James W. Shelson*  
                                                       JAMES W. SHELSON